# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**MARILYN ANN WEISS,**

        **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　　　　　　　**Case No. 6:06-cv-207-Orl-31DAB**

**ALPHA MEDICAL, P.A., and M.D. RAJIV CHANDRA,**

        **Defendants.**

_____

## ORDER

Upon consideration of the Joint Notice of Settlement and Motion for Approval of Settlement and for Dismissal with Prejudice (Doc. 26), it is

**ORDERED** that the Motion is GRANTED.  The Court finds that the Settlement Agreement is a fair and reasonable compromise of a legitimate dispute between parties represented by competent counsel.  Therefore, the Settlement Agreement is approved and the case is dismissed with prejudice.  The Clerk is directed to close the file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on August 16, 2006.

_____
GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party